IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:19-CR-00091-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES EDWARD CLARIDA, JR.,

    Defendant.

ORDER

This matter comes before the court on the parties' joint motion to amend judgment [DE 84]. For good cause shown, the motion is GRANTED. The Judgment previously entered in this case on November 9, 2020 [DE 67] shall be amended by striking the special financial conditions of supervised release listed on page 5. In light of this order, the resentencing hearing currently scheduled in this case on July 27, 2021 is VACATED.

SO ORDERED this 7th day of June, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE